UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-40

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KAT-JEN ENTERPRISES LLC and | ) |
| MICHAEL BOGLE, | ) |
| | ) |
| Defendants. | ) |

## AGREED FINAL ORDER AND JUDGMENT

The parties having advised the Court that they have settled the above captioned case, and that they have agreed that the Court shall enter this Order and Judgment pursuant to a Settlement Agreement entered into by and between the parties to this action,

**It is hereby ORDERED, ADJUDGED, AND DECREED that**:

1. Defendants shall cease and refrain from, for a period of one (1) year from the date of compliance, which the parties have agreed to designate as February 23, 2012, directly or indirectly owning a legal or beneficial interest in, managing, operating or consulting with: (a) any business operating at the premises of former Center No. 1306 located at 2706 Murfreesboro Pike, Antioch, Tennessee 37013 or within a radius of six (6) miles of the premises of former Center No. 1306 which business repairs or replaces exhaust system components, brake system components, or shocks and struts; and (b) any business operating within a radius of six (6) miles of any Meineke Center existing as of the date Defendants' Franchise Agreement terminated (i.e., July 30, 2011) which business repairs or replaces exhaust system components, brake system components, or shocks and struts.

2. Defendants shall immediately cease using and/or remove and/or have removed any names, marks, signs, forms, advertising, manuals, computer software, supplies, products, merchandise and all other things and materials of any kind which are identified or associated with the Meineke name, logo, marks or trade dress, or which contain a name, logo, mark or trade dress confusingly similar to the Meineke name, logo, marks or trade dress, including, but not limited to the Meineke pole sign and the black, yellow and red signage above the bay doors that list Meineke's services.

3. Defendants shall immediately return to Meineke any written Meineke materials still in Defendants' control.

4. Meineke have and recover from Defendants, jointly and severally, a judgment in the amount of $15,000.

5. All other claims in this action are dismissed with prejudice.

6. The Court retains jurisdiction over the parties to enforce the provisions of this Order and Judgment.

Signed: April 26, 2012

Robert J. Conrad, Jr.
Chief United States District Judge